UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | INDICTMENT NUMBER: |
| ) | 4:19-cr-00182-RSB-CLR |
| BRIAN WYATT, ) | |
| ) | |
| Defendant. ) | |

## IN RE: LEAVE OF ABSENCE

Application for Leave of Absence has been requested by Thomas A. Withers for the period of Thursday, March 19, 2020 through and including Tuesday, March 24, 2020, in the above captioned case.

The above and foregoing request for Leave of Absence is **GRANTED.** Mr. Withers is provided Leave of Court from Thursday, March 19, 2020 through and including Tuesday, March 24, 2020.

**SO ORDERED,** this the 7th day of February 2020.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE