IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO.: 4:19-cr-182

BRIAN WYATT,

        Defendant.

## O R D E R

This matter is before the Court on Defendant's Unopposed Motion to File Exhibit 1 to his Sentencing Memorandum under seal. The Court has reviewed the exhibit and has concluded that sealing is appropriate. Thus, the Court **GRANTS** Defendant's Motion to Seal.

THEREFORE, IT IS HEREBY ORDERED that Defendant's Exhibit 1 to his Sentencing Memorandum shall be filed under seal pursuant to Local Rule 79.7(d)(3) and Local Rule 79.7(e).

**SO ORDERED**, this 13th day of October, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA